# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| FARRON ALEXANDER TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:18-cv-00653-LSC-JHE |
| WARDEN MYERS, and the ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On July 13, 2021, the magistrate judge entered a report and recommendation ("R&R"), recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied as time-barred. (Doc. 17). The magistrate judge further recommended that a certificate of appealability be denied. (Doc. 17). Although the parties were advised of their right to file specific written objections within fourteen days, the court received no objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. Accordingly, the petition for writ of habeas corpus is due to be **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be **DENIED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** on August 11, 2021.

_____
L. Scott Coogler
United States District Judge

160704